

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE:  VCC, LLC D/B/A VCC
GENERAL CONTRACTING AND
CONSTRUCTION MANAGEMENT,
RELATOR.

§

§

§

No. 08-14-00154-CV

ORIGINAL PROCEEDING
ON PETITION FOR WRIT OF
MANDAMUS

§

## MEMORANDUM OPINION

Relator, VCC, LLC d/b/a VCC General Contracting and Construction Management, has filed a petition for writ of mandamus against the Honorable Marcos Lizarraga, Judge of the 168th District Court of El Paso, requesting that we require Respondent to withdraw orders denying VCC's plea to the jurisdiction and motion to abate.  The petition for writ of mandamus is denied.

To be entitled to mandamus relief, a relator must meet two requirements.  First, the relator must show that the trial court clearly abused its discretion.  *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004).  Second, the relator must demonstrate that there is no adequate remedy by appeal.  *Id*. at 136.  We conclude that Relator has failed to establish it is entitled to mandamus relief.

September 12, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)(Not Participating)